STATE of Wisconsin, Plaintiff-Respondent,

v.

Tony BALESTRIERI, Defendant-Appellant-Petitioner.

Supreme Court

*No. 77–425–CR. Argued February 7, 1980.—Decided May 6, 1980.*

(Also reported in 291 N.W.2d 579.)

For the appellant-petitioner there were briefs by *Frank & Pikofsky, S.C.,* and oral argument by *Seymour Pikofsky,* of Milwaukee.

For the respondent the cause was argued by *David J. Becker,* assistant attorney general, with whom on the brief was *Bronson C. La Follette,* attorney general.

A brief amicus curiae was filed by *E. Michael McCann,* district attorney, and *Gregg M. Herman,* assistant district attorney of Milwaukee, for The Milwaukee County District Attorney.

PER CURIAM. The court is equally divided on the question of whether the decision of the court of appeals should be affirmed or reversed, Chief Justice Beilfuss, Justice Heffernan, and Justice Abrahamson being of the opinion that the decision should be reversed; Justice Hansen, Justice Day and Justice Callow being of the opinion that the decision should be affirmed; and Justice Coffey having withdrawn from participation in this appeal. The decision is therefore affirmed.

Decision affirmed.

COFFEY, J., took no part.